## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES of AMERICA,** | ) | **CASE NO. 8:03CR574** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **JUDGMENT** |
| **v.** | ) | |
| | ) | |
| **CASIMIRO GAONA-LOPEZ,** | ) | |
| | ) | |
| **Defendant.** | ) | |

Pursuant to the Memorandum and Order entered on this date:

1.    Judgment is entered in favor of the United States of America and against the

Defendant, Casimiro Gaona-Lopez;

2.    Defendant's § 2255 motion (Filing No. 60) is denied; and

3.    The Clerk of Court is directed to send a copy of this Memorandum and Order

to the Defendant at his last known address.

DATED this 12th day of February, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge

1